RECEIVED

JUN 2 0 2017


TONY R MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY _____

3:17-CV-0794  Sec P

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
~~EASTERN~~ Western DISTRICT OF LOUISIANA
MONROE DIVISION

ALBERT TRACY HARREL                          CIVIL ACTION
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

                                             NO.

        versus                               SECTION

STATE OF LOUISIANA
CRANFORD JORDAN
8ᵗʰ JUDICIAL DISTRICT COURT
JACKSON PARISH CORRECTIONAL CENTER
(ANDY BROWN)

_____
Print the full name of all defendants in this
action.
DO NOT WRITE et al.

                    COMPLAINT

I.      Previous Lawsuits

        A.      Have you begun other lawsuits in state or federal court dealing with the same facts involved
                in this action or otherwise relating to your imprisonment?
                Yes ( )  No (✓)

B.  If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to the previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

2.  Court (If federal court, name of the district court; if state court, name the parish.)

_____

3.  Docket Number _____

4.  Name of judge to whom case was assigned _____

_____

5.  Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

_____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

~~JACKSON PARISH Correctional~~

_____

II.  PLACE OF PRESENT CONFINEMENT: JACKSOW PARISH -CORRECTIONAL CENTER

A.  Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

B.  Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( )  No (✓)

C.  If your answer is "yes",

1.  Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

_Will not Answer_

2.    As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____
    _(WILL NOT ANSWER)_

D.    If your answer is NO, explain why you have not done so: _____

_____

_____

III.  Parties

(In item A below, complete the following information.  Do the same for additional plaintiffs, if any.)

A.    Full Name of Plaintiff
(First - Middle - Last) _ALBERT  TRACY  HARREL_

Prisoner Number _193364_

Address _1210  SAN PEDRO ST._

Date of Birth _03/01/1959_

Date of Arrest _04/10/2017_

Date of Conviction _____

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.    Defendant _STATE OF LOUISIANA_ is employed as _____

_____ at _____

Address for service: _____

C.    Defendant _CRANFORD JORDAN_ is employed as _SHERIFF_
      at _WINN PARISH SHERIFF'S OFFICE_
      Address for service: _WINN PARISH COURT HOUSE - SHERIFF'S OFFICE_

D.    Defendant _8 JUDICIAL DISTRICT COURT_ is employed as _COURT et.al._
      Address for service: _WINN PARISH COURT HOUSE, WINNFIELD, LA 71483_

E.    Defendant _JACKSON PARISH (ANDY BROWN) CORRECTIONAL CENTER_ is employed as _SHERIFF_
      at _____
      Address for service: _287 INDUSTRIAL DRIVE, JONESBORO, LA. 71251_

F.    Defendant _ANDY BROWN_ is employed as _SHERIFF_
      at _____
      Address for service: _JACKSON PARISH SHERIFF'S OFFICE_

G.    Defendant _____ is employed as _____
      at _____
      Address for service: _____

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I Am Albert Haccel who is a living breathing free Man of flesh and blood who remains in wrongful incarceration where the 8th Judicial District Court has failed at any stage to Produce any Proof of Claims After the filing of My Affidavit of denial of Corporate Existence

4

Along with his Motion for Judgement by default, I hereby file with this Complaint my Affidavit of denial of Corporate Existence [ see Affidavit ] Along with his motion for Judgement by default, I herebe declare that I Am Not nor have I ever been a Corporation, Fiction of Law, Fictitious Entity, Corporate Persona, Non-Entity, Legal Entity Entity or as a surety for any of the Previously mentioned and that I further Declare and Affirm that I Am a live man, American Sovereign as stated in the Original Constitution for the united States of America, of which all public servants/public officials are sworn by their Oaths of Office to protect and defend both State and National, in which is also enumerated the type and size of bonds required by both elected and appointed positions, in order to assure the Sovereign public that, their trust and faith in those public servants/public officials are well-founded and that their duties will be discharged in the most Honorable means until completion of their term of office.

To. DATE I remain in Wrongful Incarceration where No Rules And Procedure Can be Shown in Criminal Jurisdiction Relative to Statutory Laws. Nor has the State Provided a Sworn statement of Injured Party.

Thus done by Plaintiff who is a natural free man of flesh and blood. The 3 day of JUNE 2017

s/ Albert Harrel

ALBERT HARREL

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Request A Trial By Jury

Request 1.8 million per day for wrongful incarceration

Request A Restraining order Against All Law Inforcement

VI   Plaintiff's Declaration

1)    I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __17__ day of __June__ , 20_17_.

Albert Tracy Harris
(Signature of Plaintiff)

04/2006

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

ALBERT HARREL                CIVIL #
  -VS.-                      DATE:
STATE OF LOUISIANA   s/
                              CLERK OF COURT

AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE LSA 15:429

Now comes, Albert Harrel, who is a living breathing free man of flesh and blood, who represents the following to the best of his knowledge:

I hereby deny the existence of ALBERT HARREL, SS# 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, DOB 3/1/1959.

I hereby deny the existence of the UNITED STATES OF AMERICA, the STATE OF LOUISIANA, the CITY OF WINNFIELD, CITY OF WINNFIELD POLICE DEPARTMENT, WINN PARISH SHERIFF'S OFFICE, KELLY FANNIN, OFFICER SHIVELY, ET. AL, along with the 8ᵗʰ JUDICIAL DISTRICT COURT, JACQUE DERR, WINN PARISH DISTRICT ATTORNEY'S OFFICE, CHRIS NEVILS, along with but not limited to any corporate member who may or may not be associated

with any claims against my natural body.

At no time, do I give up my right as a living, breathing, free man of flesh and blood, "SUIS JURIS."

Any person wishing to answer this affidavit may do so in the same manner of an affidavit and using their Christien of family name as a signature within 5 days of filing this afficlavit with the Clerk of Court for the 8ᵘ Judicial District Court of Winn Parish or default shall be obtained.

Thus done by affiant on the 18ᵘ day of JUNE 2017

Albert Harrel
ALBERT HARREL
(Affiant)

The affiant appeared before the below named witnesses who is personally known or upon proper identification for the purpose of verification of signature only on the 18th day of JULY 2017

s/ Albert Hamel
(Affiant)

P/ CLAY Riggs          s/ Clay
DOB: 12/19/70

P/ Troy Courtright     s/ Ger
DOB: 12-17-98

P/ Cody Sweat          s/ Cody Swe
DOB: 7-30-85