**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

ALBERT TRACY HARREL #193364                    CASE NO. 3:17-CV-00794 SEC P

VERSUS                                         JUDGE ROBERT G. JAMES

STATE OF LOUISIANA ET AL                       MAGISTRATE JUDGE KAREN L. HAYES

### MEMORANDUM ORDER

Before the court is a complaint filed on June 20, 2017.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff's application to proceed *in forma pauperis* is not signed and completed by an authorized accounts officer at the facility in which the plaintiff is incarcerated.  **Plaintiff must provide an *in forma pauperis* application that is signed and completed by an accounts officer.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this __23rd__ day of __June__, 2017.

_____
Karen L. Hayes
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application